# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-000517-CV

**Travis County Sheriff Greg Hamilton, Travis County Sheriffs Office Major Darren Long, and Travis County, Appellants**

**v.**

**Justin Thelen, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT NO. D-1-GN-13-001258, HONORABLE PAUL R. DAVIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed an unopposed motion to abate this appeal. Appellants state that an abatement should be granted so that the district court may correct a procedural issue that would potentially preclude this Court from addressing the merits of this appeal. In the interest of conserving judicial resources, we grant the motion and abate the appeal. All appellate deadlines will be tolled during the period of abatement. Absent further order of this Court, the appeal will automatically reinstate on January 21, 2014. The parties are directed to file either a status report or a motion to dismiss by that date.

_____

                                                    Scott K. Field, Justice

Before Chief Justice Jones, Justices Pemberton and Field

Abated

Filed:   November 21, 2013